742 S.E.2d 358

**In the Matter of Kenneth L. EDWARDS, Petitioner.**

Appellate Case No. 2012–212024.

Supreme Court of South Carolina.

Jan. 10, 2013.

## ORDER

On December 11, 2006, the Court suspended petitioner from the practice of law for eighteen (18) months. *See In the Matter of Edwards,* 371 S.C. 266, 639 S.E.2d 47 (2006). Petitioner has filed a Petition for Reinstatement.[1] The petition is granted.

1. This is petitioner's second Petition for Reinstatement. Petitioner withdrew his first Petition for Reinstatement in April 2010. *See* Rule

/s/Jean H. Toal, C.J.

/s/Coata M. Pleicones, J.

/s/Donald W. Beatty, J.

/s/John W. Kittredge, J.

/s/Kaye G. Hearn, J.

---

33(g), RLDE, Rule 413, SCACR ("[i]f the petition for reinstatement is withdrawn after the start of the hearing [before the Committee], the lawyer must wait two years from the date the petition is withdrawn to reapply for reinstatement.").